AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ORLIN YOBANI AMADOR-RODRIGUEZ,<br>a/k/a Orlin Yobani Ruiz<br><br>Defendant(s) | )<br>)<br>)  Case No.  12-8327-JMH<br>)<br>)<br>) |

FILED by _____ D.C.

AUG 1 6 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 11, 2012  in the county of  Palm Beach  in the Southern District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Deportation Officer Andy Korzen
Printed name and title

Sworn to before me and signed in my presence.

Date:  08/15/2012

_____
Judge's signature

City and state:  WEST PALM BEACH, FLORIDA    JAMES M. HOPKINS, U.S. MAGISTRATE JUDGE
Printed name and title

## **AFFIDAVIT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Orlin Yobani AMADOR-RODRIGUEZ, a/k/a Orlin Yobani RUIZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 11, 2012, an individual identifying himself as Orlin RUIZ was arrested on a State law offense and booked into the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States.

4. On or about August 13, 2012, Immigration Enforcement Agent Cynthia Alcocer took post-*Miranda* statement from the individual identifying himself as Orlin RUIZ. Post-*Miranda,* the individual admitted to being a citizen of Honduras, and admitted to last entering the United States in 2002 after having been deported from the United States in 1999.

1

5. On or about August 14, 2012, your affiant received documents from the alien file bearing control number A076 988 165 corresponding to Orlin Yobani AMADOR-RODRIGUEZ. Records show Orlin Yobani AMADOR-RODRIGUEZ is a native and citizen of Honduras, who was ordered removed from the United States on or about November 24, 1998. A Warrant of Removal was executed on or about April 7, 1999, whereby Orlin Yobani AMADOR-RODRIGUEZ was removed from the United States to Honduras. Prior to being removed and deported from the United States, law enforcement officers obtained Orlin Yobani AMADOR-RODRIGUEZ's fingerprint on the Warrant of Removal.

6. Martin County Sheriff's Office fingerprint expert Diane Crowther conducted fingerprint comparison in this case. She compared the print appearing on the aforementioned Warrant of Removal with the prints taken in connection with the August 11, 2012 arrest of the individual identifying himself as Orlin Ruiz. The fingerprint comparison confirmed Orlin Yobani AMADOR-RODRIGUEZ's identity and prior removal from the United States on or about April 7, 1999.

7. On or about August 15, 2012, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A076 988 165 for the alien identified as Orlin Yobani AMADOR-RODRIGUEZ, verifying that, after a diligent search, no record was found to exist indicating that Orlin Yobani AMADOR-RODRIGUEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

8. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about August 11, 2012, Orlin Yobani AMADOR-RODRIGUEZ, a/k/a Orlin Yobani RUIZ an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this _16_ day of August, 2012.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   12-8327-JMH

UNITED STATES OF AMERICA

vs.

Orlin Yobani AMADOR-RODRIGUEZ,
a/k/a Orlin Yobani Ruiz

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  _____
WILLIAM T. ZLOCH
ASSISTANT UNITED STATES ATTORNEY